IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ELIZABETH DUKE,

    Plaintiff,

v.                                                      Civ. No. 17-860 SCY/LF

THE GOVERNING COUNCIL OF THE
NORTH VALLEY ACADEMY
CHARTER SCHOOL,

    Defendant.

## ORDER OF DISMISSAL

**THIS MATTER** having come before the Court on Plaintiff and Defendant Governing Council of the North Valley Academy Charter School's Joint Motion to Dismiss Plaintiff's Complaint (Doc. 10) and the Court, being fully advised in the premises, hereby finds that Plaintiff's Complaint against these Defendants should be dismissed with prejudice.

**IT IS THEREFORE ORDERED** that the joint motion to dismiss is granted and Plaintiff's claims against Defendant are hereby dismissed with prejudice, with each party to bear their own costs and attorney fees.

_____
UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**

**SUBMITTED & APPROVED BY:**

NARVAEZ LAW FIRM, P.A.

*Approved via email on February 19, 2018*

HENRY F. NARVAEZ
RICARDO F. ROYBAL
*Attorneys for Defendant NVA*
P.O. Box 25967
Albuquerque, NM  87125-0967
(505) 248-0500
(505) 247-1344 (fax)


**YOUTZ & VALDEZ, P.C.**

  *Approved via email on February 19, 2018*
Shane Youtz, Esq.
Stephen Curtice, Esq.
James Montalbano, Esq.
*Counsel for Plaintiff*
900 Gold Ave. SW
Albuquerque, NM 87102
P: (505) 244-1200
E: shane@youtzvaldez.com
E: stephen@youtzvaldez.com
E: james@youtzvaldez.com